**UNITED STATES v. TRAFICANI.**

**SAME v. VALENTI.**

No. 7853, 7854.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 7, 1941.

Decided Oct. 9, 1941.

John D. Ray, of Beaver Falls, Pa., for appellants.

George Mashank, Asst. U. S. Atty., of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief). for the United States.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

An examination of the record in these cases fails to disclose any error which affected the substantial rights of the defendants. Accordingly the judgments of the district court are affirmed.